# COMPOSITE EXHIBIT "A"

Filing # 62003190 E-Filed 09/26/2017 01:10:21 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>LEONARDO BONOMI</u>
Plaintiff
        vs.
<u>BEST BUY LLC</u>
Defendant

**II.     TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

    <u>1</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Jason S Remer</u>    FL Bar No.: <u>165580</u>
    Attorney or party                       (Bar number, if attorney)

    <u>Jason S Remer 09/26/2017</u>
    (Type or print name)                       Date

Filing # 62003190 E-Filed 09/26/2017 01:10:21 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

     Plaintiff,

vs.                               Case No.

BEST BUY, LLC
a Florida Limited Liability Company.

     Defendant.

_____/

## COMPLAINT

Plaintiff, LEONARDO BONOMI ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, BEST BUY, LLC ("Defendant"), and in support avers as follows:

## GENERAL ALLEGATIONS

1. This is an action by the Plaintiff and other similarly-situated individuals for damages exceeding $15,000 excluding attorneys' fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3. Plaintiff was at all times relevant to this action, and continues to be, a resident of Miami Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the FLSA.

4. Defendant, BEST BUY, LLC a Florida Limited Liability Company having its main place of business in Miami Dade County, Florida, where Plaintiff worked for Defendant and at all times material hereto was and is engaged in interstate commerce.

5.  Venue is proper in Miami Dade County because all of the actions that form the basis of this Complaint occurred within Miami Dade County and payment was due in Miami Dade County.

6.  Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7.  All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8.  Plaintiff performed work for Defendant as a non-exempt Audio System Sales Representative at the Magnolia Department from on or about May 2015 to on or about March 2017.

9.  At all times material hereto, Plaintiff and Defendants were engaged in an implied agreement whereby Plaintiff would be employed by Defendants and that Plaintiff would be properly paid as provided for by, and not in violation of, the laws of the United States and the State of Florida.

10. Throughout Plaintiff's employment, Plaintiff was not compensated at a rate equal to or greater than the applicable minimum wage as set forth by state and federal law.

11. Plaintiff should be compensated at the correct minimum wage for those hours that Plaintiff worked and was not properly compensated for.

12. During Plaintiff's employment, Plaintiff sold numerous products for which Plaintiff is still owed commission.

13.   Plaintiff is owed approximately $5,000.00 in unpaid commissions, in addition to any court costs, reasonable attorney's fees and any expenses incurred by the Plaintiff in taking this action.

## COUNT I
### Wage & Hour Federal Statutory Violation Against
### BEST BUY, LLC

14.   Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

15.   This action is brought by Plaintiff to recover from Defendants unpaid minimum wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*, and specifically under the provisions of 29 U.S.C. § 207.   29 U.S.C. § 207 (a)(1) states, " No employer shall employ any of his employees... for a work week longer than 40 hours unless such employee receives compensation for his employment in excess of the hours above-specified at a rate not less than one and a half times the regular rate at which he is employed."

16.   Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

17.   At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

18.    Upon information and belief, the annual gross revenue of the Defendant was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

19.    By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

20.    Plaintiff seeks to recover for unpaid wages accumulated from the date of hire.

21.    Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

22.    Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendant:

A.    Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B.    Award Plaintiff actual damages in the amount shown to be due for unpaid minimum wage, with interest; and

C.    Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated _____9-22-17_____

Respectfully submitted,

_____

**Jason S. Remer, Esq.**
Florida Bar No.: 165580
jremer@rgpattorneys.com
**Brody M. Shulman, Esq.**
Florida Bar No.: 92044
bshulman@rgpattorneys.com

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

    Plaintiff,

vs.                              Case No.

BEST BUY, LLC
a Florida Limited Liability Company.

    Defendant.

_____/

### SUMMONS IN A CIVIL CASE

**TO:** BEST BUY, LLC., through its Registered Agent:

BART M. BRUIJN DE
1716 PARK STR, N
ST PETERSBURG, FL 33710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        JASON S. REMER, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK               DATE

_____
(BY) DEPUTY CLERK

Filing # 62935496 E-Filed 10/17/2017 01:45:37 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

       Plaintiff,

vs.

                                 Case No. *2017 - 022803 - CA 01*

BEST BUY, LLC
a Florida Limited Liability Company.

       Defendant.

_____/

## SUMMONS IN A CIVIL CASE

**TO:** BEST BUY, LLC., through its Registered Agent:

BART M. BRUIJN DE
1716 PARK STR, N
ST PETERSBURG, FL 33710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                  JASON S. REMER, ESQ.
                  REMER & GEORGES-PIERRE, PLLC.
                  44 WEST FLAGLER STREET
                  SUITE 2200
                  MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                          DATE

_____
(BY) DEPUTY CLERK

Filing # 62935496 E-Filed 10/17/2017 01:45:37 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

     Plaintiff,

vs.

                            Case No. 2017 - 022803 - CA-01

BEST BUY, LLC
a Florida Limited Liability Company.

     Defendant.

_____/

## SUMMONS IN A CIVIL CASE

TO: BEST BUY, LLC., through its Registered Agent:

BART M. BRUIJN DE
1716 PARK STR, N
ST PETERSBURG, FL 33710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JASON S. REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts

                              10/20/2017

CLERK                                   DATE
     Conelle Brown   164659

(BY) DEPUTY CLERK

Filing # 65570037 E-Filed 12/19/2017 11:37:50 AM

## <u>RETURN OF NON-SERVICE</u>

| | | |
|---|---|---|
| **State of Florida** | **County of MIAMI-DADE** | **Circuit Court** |

Case Number: 2017-22803-CA-01

Plaintiff:
**LEONARDO BONOMI**

vs.

Defendant:
**BEST BUY, LLC**

```
||| ||||| ||| ||||||| |||| ||| |||||| ||| |||
            OJF2017013836
```

For:
Jason S. Remer
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES INC on the 25th day of October, 2017 at 4:54 pm to be served on **BEST BUY, LLC C/O BART M. BRUIJN DR, AS REGISTERED AGENT, 1716 PARK ST N, ST PETERSBURG, FL 33710.**

I, MICHELE CARPINTIER, do hereby affirm that on the **6th day of December, 2017 at 9:37 am, I:**

**NON-SERVED** the **SUMMONS AND COMPLAINT** for the reason that I failed to find **BEST BUY, LLC C/O BART M. BRUIJN DR, AS REGISTERED AGENT** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
ATTEMPTED AT 1716 PARK ST N, ST PETERSBURG, FL 33710. THIS IS A GATED RESIDENTIAL COMMUNITY. SERVER SPOKE TO BART BRUIJN ON THE CALL BOX AT THE GATE. HE STATED HE WILL NOT ACCEPT SERVICE BECAUSE THIS IS THE WRONG BUSINESS FOR THIS SERVICE. APPARENTLY HE HAS GONE THROUGH THIS WITH A PREVIOUS PROCESS SERVER. WRONG COMPANY.

## RETURN OF NON-SERVICE For 2017-22803-CA-01

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

**MICHELE CARPINTIER**
26478

**OJF SERVICES INC**
**13727 S W 152nd St**
**Pmb #354**
**Miami, FL 33177**
**(954) 929-4215**

Our Job Serial Number: OJF-2017013836

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2n

Filing # 62935496 E-Filed 10/17/2017 01:45:37 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

        Plaintiff,

vs.                                                    Case No. 2017-022803-CA-01

                                                                NON-SERVED

BEST BUY, LLC
a Florida Limited Liability Company,                DATE: 12.6.17   TIME: 937Au

        Defendant.                                   INITIALS: MC    ID # ag5 76478

_____

SUMMONS IN A CIVIL CASE

TO: BEST BUY, LLC., through its Registered Agent:

BART M. BRUIJN DE
1716 PARK STR. N
ST PETERSBURG, FL 33710

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

                JASON S. REMER, ESQ.
                REMER & GEORGES-PIERRE, PLLC.
                44 WEST FLAGLER STREET
                SUITE 2200
                MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts
                                        10/20/2017

CLERK _____                       DATE
        Gonelle Brown   164659

(BY) DEPUTY CLERK

                                                            1383e.

Filing # 66621053 E-Filed 01/17/2018 09:53:50 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

      Plaintiff,

vs.                          Case No.-2017-022803-CA 01

MAGNOLIA HI-FI, LLC
a Foreign Limited Liability Company.

      Defendant.

_____/

## FIRST AMENDED COMPLAINT

    Plaintiff, LEONARDO BONOMI ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, MAGNOLIA HI-FI, LLC ("Defendant"), and in support avers as follows:

## GENERAL ALLEGATIONS

1.    This is an action by the Plaintiff and other similarly-situated individuals for damages exceeding $15,000 excluding attorneys' fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2.    This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.    Plaintiff was at all times relevant to this action, and continues to be, a resident of Miami Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the FLSA.

4.    Defendant, MAGNOLIA HI-FI, LLC a Foreign Limited Liability Company having its main place of business in Miami Dade County, Florida, where Plaintiff worked for Defendant and at all times material hereto was and is engaged in interstate commerce.

5.  Venue is proper in Miami Dade County because all of the actions that form the basis of this first amended Complaint occurred within Miami Dade County and payment was due in Miami Dade County.

6.  Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7.  All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

8.  Plaintiff performed work for Defendant as a non-exempt Audio System Sales Representative at the Magnolia Department from on or about May 2015 to on or about March 2017.

9.  At all times material hereto, Plaintiff and Defendants were engaged in an implied agreement whereby Plaintiff would be employed by Defendants and that Plaintiff would be properly paid as provided for by, and not in violation of, the laws of the United States and the State of Florida.

10. Throughout Plaintiff's employment, Plaintiff was not compensated at a rate equal to or greater than the applicable minimum wage as set forth by state and federal law.

11. Plaintiff should be compensated at the correct minimum wage for those hours that Plaintiff worked and was not properly compensated for.

12. During Plaintiff's employment, Plaintiff sold numerous products for which Plaintiff is still owed commission.

13.   Plaintiff is owed approximately $5,000.00 in unpaid commissions, in addition to any court costs, reasonable attorney's fees and any expenses incurred by the Plaintiff in taking this action.

## COUNT I
### Wage & Hour Federal Statutory Violation Against
### MAGNOLIA HI-FI, LLC

14.   Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this first amended complaint as if set out in full herein.

15.   This action is brought by Plaintiff to recover from Defendants unpaid minimum wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*, and specifically under the provisions of 29 U.S.C. § 207.  29 U.S.C. § 207 (a)(1) states, " No employer shall employ any of his employees… for a work week longer than 40 hours unless such employee receives compensation for his employment in excess of the hours above-specified at a rate not less than one and a half times the regular rate at which he is employed."

16.   Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

17.   At all times pertinent to this first amended Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of

Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

18. Upon information and belief, the annual gross revenue of the Defendant was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

19. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

20. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire.

21. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

22. Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments.

**WHEREFORE,** Plaintiffs respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid minimum

wage, with interest; and

C.  Award Plaintiff an equal amount in double damages/liquidated damages; and

D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees;
and

E.  Grant Plaintiff such additional relief as the Court deems just and proper under the
circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated _____1 – 16 – 18_____                    Respectfully submitted,

_____

**Jason S. Remer, Esq.**
Florida Bar No.: 165580
jremer@rgpattorneys.com
**Brody M. Shulman, Esq.**
Florida Bar No.: 92044
bshulman@rgpattorneys.com

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

Filing # 66621053 E-Filed 01/17/2018 09:53:50 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

      Plaintiff,

vs.                              Case No.-2017-022803-CA 01

MAGNOLIA HI-FI, LLC.
a Foreign Limited Liability Company.

      Defendant.

_____/

### AMENDED SUMMONS IN A CIVIL CASE

**TO:** MAGNOLIA HI-FI, LLC., through its Registered Agent:

CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        JASON S. REMER, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the first amended complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                  DATE

_____
(BY) DEPUTY CLERK

Filing # 66621053 E-Filed 01/17/2018 09:53:50 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

      Plaintiff,

vs.                            Case No.-2017-022803-CA 01

MAGNOLIA HI-FI, LLC
a Foreign Limited Liability Company.

      Defendant.

_____/

### AMENDED SUMMONS IN A CIVIL CASE

**TO:** MAGNOLIA HI-FI, LLC., through its Registered Agent:

CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        JASON S. REMER, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the first amended complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

        1/22/2018

_____
CLERK                       DATE

        _Ahodvika Jlaer_ 309876
_____
(BY) DEPUTY CLERK

Filing # 67367051 E-Filed 02/01/2018 11:27:55 AM

## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of MIAMI-DADE | Circuit Court |

Case Number: 2017-22803-CA-01

Plaintiff:
**LEONARDO BONOMI**

vs.

Defendant:
**MAGNOLIA HI-FI, LLC**

For:
Jason S. Remer
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 24th day of January, 2018 at 3:18 pm to be served on **MAGNOLIA HI-FI, LLC, 1200 S. PINE ISLAND RD, PLANTATION, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **25th day of January, 2018** at **2:15 pm, I:**

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS ON AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE AT CT CORPORATION SYSTEM as **Registered Agent** At the address of: **1200 S. PINE ISLAND RD, PLANTATION, FL 33324** for **MAGNOLIA HI-FI, LLC,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

_____
**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2018001131

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

Filing # 66621053 E-Filed 01/17/2018 09:53:50 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

DATE: 1/25/18   TIME: 215p

INITIALS: AK 260

Plaintiff,

vs.

Case No.-2017-022803-CA 01

MAGNOLIA HI-FI, LLC.
a Foreign Limited Liability Company.

Defendant,

_____/

**AMENDED SUMMONS IN A CIVIL CASE** + 1st Amended Complaint

**TO:** MAGNOLIA HI-FI, LLC., through its Registered Agent:

CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JASON S, REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the first amended complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the first amended complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

1/22/2018

_____        _____
CLERK                                   DATE

_____ 309876

(BY) DEPUTY CLERK



1/31.

Filing # 67876474 E-Filed 02/13/2018 10:24:57 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,

      Plaintiff,

v.                             :       Case No.: 2017-CA-022803-CA 01

MAGNOLIA HI-FI, LLC,
a Foreign Limited Liability Company,

      Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, MAGNOLIA HI-FI, LLC, by and through undersigned counsel, files this Unopposed Motion for Extension of Time for Defendant to respond to Plaintiff's First Amended Complaint, and in support thereof, states as follows:

1.     On January 17, 2018, Plaintiff filed with its First Amended Complaint with this Court seeking redress for alleged violations of the Fair Labor Standards Act ("FLSA").

2.     On January 25, 2018, Plaintiff served the First Amended Complaint on Defendant. Accordingly, Defendant has until Wednesday, February 14, 2018, to file a response to Plaintiff's First Amended Complaint.

3.     Counsel for Defendant was only recently retained, and Counsel for Plaintiff has agreed to an extension of time to allow Defendant and Counsel for Defendant time to investigate and respond to the complaint.

4.     Additionally, Counsel for Defendant provided Counsel for Plaintiff with Plaintiff's payroll records, and the parties have conferred regarding the possibility that Plaintiff's claims may require dismissal or modification based on that information. The parties are working together to ascertain the appropriate action.

5.      Therefore, Defendant requests an extension of time, up to and including March 15, 2018, for Defendant to file a response to Plaintiff's First Amended Complaint.

6.      This Unopposed Motion is brought in good faith and not for the purpose of undue delay.

7.      This request for an extension of time is made before the expiration of the period prescribed for responding to Plaintiff's First Amended Complaint pursuant to the Florida Rules of Civil Procedure, and Plaintiff will not be prejudiced in any way by this extension.

Dated this 13th day of February, 2018.

Respectfully submitted,

/s/ Jennifer Monrose Moore
Jennifer Monrose Moore
Florida Bar No. 035602
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
jennifer.moore@ogletreedeakins.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2018, the foregoing was filed with the Court using the Florida Courts E-Filing Portal which will serve an electronic copy upon:

Jason S. Remer
Brody M. Shulman
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida  33130

*/s/ Jennifer Monrose Moore*
Attorney

32966773.1

Filing # 67948060 E-Filed 02/14/2018 11:37:01 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individually,

      Plaintiff,

v.                             Case No.:  2017-CA-022803-CA 01

MAGNOLIA HI-FI, LLC
a Foreign Limited Liability Company,

      Defendant.

_____/

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Jennifer Monrose Moore, Esquire, of the law firm
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters her appearance in this matter for
and on behalf of Defendant, MAGNOLIA HI-FI, LLC, and requests that copies of all pleadings,
motions and other documents filed in the above-captioned matter be served on her as counsel for
Defendant.

Dated this 14th day of February, 2018

                          Respectfully submitted,

                          */s/ Jennifer Monrose Moore*
                          Jennifer Monrose Moore
                          Florida Bar No. 035602
                          jennifer.moore@ogletreedeakins.com
                          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                          100 North Tampa Street, Suite 3600
                          Tampa, Florida  33602
                          Telephone:  (813) 289-1247
                          Facsimile:  (813) 289-6530

                          ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2018, the foregoing was filed with the Court using the Florida Courts E-Filing Portal which will serve an electronic copy upon:

Jason S. Remer
Brody M. Shulman
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida  33130


*/s/ Jennifer Monrose Moore*
Attorney

32983014.1

IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

LEONARDO BONOMI,
and other similarly situated individually,

     Plaintiff,

v.                          Case No.:  2017-022803-CA

MAGNOLIA HI-FI, LLC
a Foreign Limited Liability Company,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and the Court having reviewed the file, and otherwise being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that Defendant's Motion is **GRANTED**.  Defendant shall respond to Plaintiff's First Amended Complaint on or before March 15, 2018.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 02/21/18.

_____

JOHN W. THORNTON
CIRCUIT COURT JUDGE

> **No Further Judicial Action Required on THIS MOTION**
> **CLERK TO RECLOSE CASE IF POST JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter.   The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed and stamped original Order sent to court file by Judge Thornton's staff.

Copies furnished to:
Jennifer Monrose Moore, Esquire
Brody M. Shulman, Esquire

2