IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LEONARDO BONOMI,
and other similarly situated individuals,

    Plaintiff,
v.

Case No.: 1:18-cv-20691-JLK

MAGNOLIA HI-FI, LLC
a Foreign Limited Liability Company,

    Defendant.
_____/

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [D.E. 5] (the "Joint Stipulation"). The Court has reviewed the Joint Stipulation and the standards for approving settlement agreements under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, as set forth in *Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and similar cases. Based on its review and the stipulation between the parties, the Court finds that Plaintiff's admission that he has been paid for all hours worked and was an exempt employee under the Retail Establishment exemption, the dismissal and resolution of this matter does not constitute a "compromise" or "settlement," which would involve or necessitate Court review and/or approval. *See MacKenzie v. Kindred Hospitals East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Rather, Plaintiff admittedly has no claim under the FLSA, as previously alleged. Therefore, it is therefore **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs. Any and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of March, 2018.

> JAMES LAWRENCE KING
> Senior United States District Judge

Copies furnished to:
All counsel of record

33271113.1